Amy P. Lally
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500

Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Jessica Joyce (SBN 353071)
jessie.joyce@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

*Attorneys for Defendant*
*Michaels Stores, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONNI ECHEVERRIA-CORZAN, and THOMAS SIMMONS, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Case No. 3:25-cv-05839-YGR<br>Asigned to: Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF BRIDGET A. BACH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: November 4, 2025<br>Time: 2:00 P.M.<br>Location: Courtroom 1, 15th Floor<br><br>Date Action Filed: July 11, 2025 |

I, Bridget A. Bach, declare as follows:

1. I am currently employed by Michaels Stores, Inc. ("Defendant") or ("Michaels").

2. The facts set forth in this declaration are true and correct based upon my own personal knowledge, after reviewing selected business records maintained in the ordinary course of business. If called as a witness to testify, I could and would competently testify thereto. Pursuant to Civil L.R. 7-5, I submit this declaration in support of the Defendant's Motion to Compel Arbitration (Dkt. 19).

3. My title is Manager - Security Engineering. I have worked at Michaels since July 2018. I have been in my current role for approximately 6 years.

4. When a website user reaches the home page at https://www.michaels.com/ (the "Website"), a pop-up banner appears at the bottom of the screen (the "Privacy Banner"). A screenshot of the Privacy Banner is attached as Exhibit A and appears in relevant part below:




5. On October 3, 2023, Plaintiff Thomas Simmons signed up for a Michaels Rewards account on its Website.

6. When a website user creates a Rewards account on the Website, the user is brought to the Michaels Rewards sign-up page. A screenshot of the disclosures and accompanying language that Plaintiff Simmons was required to agree to in order to create his Rewards account, in the form it appeared at the time Plaintiff created his account, is attached as Exhibit B and appears in relevant part below:


Let's Start. Tell Us About You.
Need to sign in? Click Here
Tell us about you
First Name *
Last Name *
Email Address *
Phone Number (Optional)
Sign up for Michaels Text Messages. Details
Create your Password
Password *
Confirm Password *
Michaels REWARDS
Get paid to shop at Michaels, and it's FREE!
Terms and Conditions
Rewards FAQs
Enroll in Michaels Rewards today!
Earn Rewards on your purchases and get vouchers to spend online or in-store
I signed up in store!
I'm already earning Rewards that I spend on purchases online and in-store!
Not at this time
I'll wait on signing up for Rewards
Phone Number *
Birthday (Optional)
MM/DD
Sign up for Michaels Emails and get the latest trends, deals and promotions.
I certify that I am at least 13 years of age
Keep me signed in. Details
By clicking Sign up, you acknowledge you have read and agree to our Terms and Conditions and Privacy Policy.
Sign up

7. A copy of the Terms & Conditions, which appeared in the "Resources" menu accessible on every page of the Website at all relevant times, directly above the link to the Privacy Policy in the Resource Center menu, and at the hyperlink shown above is attached as Exhibit C.

8. A copy of the Privacy Policy that appeared on every page of the Website at all relevant times and at the hyperlinks shown above at all relevant times is attached as Exhibit D.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 8, 2025 in Irving, Texas.

By: Bridget A. Bach

Bridget A. Bach

**LOCAL RULE 5-1 ATTESTATION**

I, Amy P. Lally, am the ECF User whose ID and password are being used to file this Joint Declaration of Bridget A. Bach in Support of Defendant's Motion to Compel Arbitration. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories to this document concurred in the filing of this document.

Dated: September 12, 2025

By: /s/ *Amy P. Lally*
Amy P. Lally