**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SONNI ECHEVERRIA-CORZAN ET AL.,** | Case No.: 4:25-cv-05839-YGR |
| Plaintiffs, | **ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT** |
| v. | |
| **MICHAELS STORES, INC.,** | |
| Defendant. | |

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement.

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **July 6, 2026,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:   April 7, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**