**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONNI ECHEVERRIA-CORZAN, and THOMAS SIMMONS, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Case No. 4:25-cv-05839-YGR<br>Assigned to: Hon. Yvonne Gonzalez Rogers<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby stipulate to the voluntarily dismissal of all of Plaintiffs' claims in this action with prejudice and without prejudice to putative class members. All parties shall bear their own attorneys' fees and costs.

Dated: May 27, 2026

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Amy P. Lally*

Amy P. Lally
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500

Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Jessica Joyce (SBN 353071)
jessie.joyce@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

*Attorneys for Defendant*
*Michaels Stores, Inc.*

Date: May 27, 2026

GUTRIDE SAFIER LLP

By: */s/ Seth A. Safier*

Seth A. Safier

Seth A. Safier
seth@gutridesafier.com
Marie A. McCrary
marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111

Telephone: (415) 639-9090

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1 ATTESTATION

I, Seth Safier, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document concurred in the filing of this document.

Date: May 27, 2026

Respectfully submitted,

By: */s/ Seth Safier*
Seth Safier